Appeal from Special Term.

Action by John Stapleton against Mazie N. La Shelle, executrix of Kirk La Shelle, deceased. From an order granting plaintiff's motion for a commission to examine a witness, defendant appeals. Affirmed.·

Argued before PATTERSON, P. J., and INGRAHAM, LAUGH-LIN, CLARKE, and HOUGHTON, JJ.

Martin L. Stover, for appellant.
Benno Loewy, for respondent.

---

(124 App. Div. 335.)

### STAPLETON v. LA SHELLE.

(Supreme Court, Appellate Division, First Department. February 21, 1908.)

Appeal from Special Term.

Action by John Stapleton against Mazie N. La Shelle, executrix of Kirk La Shelle, deceased. From an order granting plaintiff's motion for a commission to examine a witness, defendant appeals. Affirmed.

Argued before PATTERSON, P. J., and INGRAHAM, LAUGH-LIN, CLARKE, and HOUGHTON, JJ.

Martin L. Stover, for appellant.
Benno Loewy, for respondent.

INGRAHAM, J. This is an appeal from the same order as in the case under the same title decided herewith. 109 N. Y. Supp. 41. For the reasons stated in that opinion, the order appealed from is affirmed, without prejudice to an application by the defendant to the Special Term for leave to issue a new commission to orally cross-examine the witness, if it should appear after an examination of the testimony as taken in the commission returned that such cross-examination is necessary, with no costs of this appeal. All concur.